

Three School Street, Suite 207B  
Glen Cove, New York  11542

stevenjmoserpc@gmail.com

Tel (516) 671-1150  
Fax (516) 882-5420

May 27, 2014

VIA ECF

Magistrate Judge Joan M. Azrack  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re:   Ponce v. 480 East 21st Street, LLC  
      12-CV-04828

Dear Judge Azrack:

     I write to request an adjournment of the conference scheduled for today at 1:00 PM.  The Court had directed the parties to submit a stipulation of dismissal by April 28, 2014.  On April 23, 2014, as I had not yet received the proposed settlement agreement from the Defendants, I advised that the settlement would be abandoned if the papers were not forthcoming.  Following revisions, agreed upon settlement documents were submitted to our client for her signature in early May.   She advised that on May 20, 2014 she sent the signed documents to us via regular mail.  We have not yet received same.

     Plaintiff respectfully requests an adjournment until June 11, 2014 to submit the stipulation and order of dismissal.

Respectfully Submitted,

/s/

Steven J. Moser

CC:   Matthew Scott Azus, Esq. via ECF