UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELVIRA PONCE,

                              Docket No.: 12 CV 4828

            Plaintiff,

-against-

480 EAST 21ST STREET, LLC, M.P.
MANAGEMENT, LLC, MORRIS PILLER, and
FREDDY TAVARES,

            Defendants.
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL

### RECITALS:

**WHEREAS**, on September 27, 2012, ELVIRA PONCE ("plaintiff") commenced an action in the United States District Court for the Eastern District of New York against 480 EAST 21ST STREET, LLC, M.P. MANAGEMENT, LLC, MORRIS PILLER, and FREDDY TAVARES seeking recovery for injuries alleged in the Complaint sustained as the result of a November 15, 2011 incident;

**WHEREAS**, on January 4, 2013, defendants 480 EAST 21ST STREET, LLC, M.P. MANAGEMENT, LLC and MORRIS PILLER ("defendants") filed their Answer to the Complaint;

**WHEREAS**, the parties have amicably agreed to fully resolve plaintiff's claims by

LERNER, ARNOLD
& WINSTON, LLP
ATTORNEYS AT LAW

as follows:

    A.    The above-captioned action shall be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    B.    This stipulation may be executed in counterparts.

Dated: New York, New York
       June 10, 2014

STEVEN J. MOSER, ESQ.
Attorneys for Plaintiff

By: _____
    Steven Moser
1 School Street, Suite 303
Glen Cove, New York 11542
(516) 671-1150

LERNER, ARNOLD & WINSTON, LLP
Attorneys for Defendants

By: _____
    Matthew Azus
475 Park Avenue South, 28th Floor
New York, New York 10016
(212) 686-4655

SO ORDERED

_____

LERNER, ARNOLD
& WINSTON, LLP
ATTORNEYS AT LAW